NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
AARON KOLLITZ (Cal. Bar No. 238580)
Assistant United States Attorney
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-2083
     Facsimile:  (213) 894-7819
     E-mail: Aaron.Kollitz@usdoj.gov

Attorneys for Defendants
UNITED STATES DEPARTMENT OF HOMELAND SECURITY and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YAYOMI KANAI,<br><br>       Plaintiffs,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>       Defendants. | No. CV 20-5345-CMB(KSx)<br><br>**NOTICE OF FILING DECLARATION OF CLYDE MOORE IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>Date:  August 4, 2020<br>Time: 10:00 AM<br>Dept.: 8B |

1    Defendants hereby file the Declaration of Clyde Moore in support of Defendants'

2    Response to Order to Show Cause Re: Preliminary Injunction (attached hereto as Exhibit

3    "1").

4    Dated: July 20, 2020                      NICOLA T. HANNA
                                               United States Attorney
5                                              DAVID M. HARRIS
                                               Assistant United States Attorney
6                                              Chief, Civil Division
                                               JOANNE S. OSINOFF
7                                              Assistant United States Attorney
                                               Chief, General Civil Section
8

9                                              */s/ Aaron Kollitz*
                                               AARON KOLLITZ
10                                             Assistant United States Attorney

11                                             Attorneys for Defendants
                                               UNITED STATES DEPARTMENT OF
12                                             HOMELAND SECURITY and UNITED
                                               STATES CITIZENSHIP AND
13                                             IMMIGRATION SERVICES

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28