# EXHIBIT 1

# EXHIBIT 1

Exhibit 1
1

DECLARATION OF CLYDE MOORE

I, Clyde Moore, do declare the following:

1. I am employed by the United States Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services ("USCIS"). I am employed as a Section Chief of the Los Angeles County Field Office, and have served in this position since July 2018. I was previously employed as a Supervisory Immigration Services Officer for the Los Angeles County Field Office, and in other various capacities since March 2009.

2. As Section Chief, I have access to the official files and records of DHS. In this capacity, I am aware of the official file and records maintained by DHS relating to Ms. Yayomi Kanai, USCIS administrative file number A219-216-529. On May 12, 2020, USCIS denied the Form I-485, Application to Adjust Status to Permanent Residence, which she filed on or about June 3, 2019. I am aware that Ms. Kanai has filed a lawsuit against USCIS with the Central District Court of California, case number 20-CV-5345, challenging the denial of her Form I-485.

3. An individual entering on the Visa Waiver program under section 217 of the Immigration and Nationality Act generally has waived his or her right to appear before an Immigration Judge. As a Visa Waiver entrant and based on the facts of her case, Ms. Kanai cannot be issued a Notice to Appear before the Immigration Judge, as she is not entitled to removal proceedings.

4. Within DHS, USCIS is the subagency which adjudicates benefit applications, and U.S. Immigration and Customs Enforcement ("USICE") is the subagency which handles removal operations and processing. Records pertaining to Ms. Kanai do not reflect that USCIS ever referred Ms. Kanai to USICE to issue an order of removal. Should Ms.

- 1

Exhibit 1
2

Kanai pursue a reopening of her denied Form I-485 for continued adjudication by USCIS or file a new Form I-485 with USCIS, with a Form I-601 waiver request and any other waiver requests and evidence that may be necessary, USCIS will not refer Ms. Kanai to USICE while her adjustment application remains open and pending, provided that there are no material changes in her security checks.

I declare under penalty of perjury that the forgoing is true and correct. Executed in Los Angeles, California on July 20, 2020.

_____
Clyde Moore
Section Chief, USCIS Los Angeles County Field Office
Los Angeles, CA

- 2

Exhibit 1
3