1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAYOMI KANAI,<br><br>     Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, et al.<br><br>     Defendants. | Case No.: 2:20-cv-05345-CBM-KS<br><br>**ORDER RE: PRELIMINARY<br>INJUNCTION** |

Consistent with the Order Granting Preliminary Injunction, the Court enjoins the DHS and its officers, agents, and employees from ordering Plaintiff Yayomi Kanai's removal pending a final decision in this action or further order of this Court.

**IT IS SO ORDERED.**

DATED: August 20, 2020

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE