NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
AARON KOLLITZ (Cal. Bar No. 238580)
Assistant United States Attorney
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-2083
     Facsimile:  (213) 894-7819
     E-mail: Aaron.Kollitz@usdoj.gov

Attorneys for Defendants
UNITED STATES DEPARTMENT OF HOMELAND SECURITY and UNITED
STATES CITIZENSHIP AND IMMIGRATION SERVICES

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| YAYOMI KANAI,<br><br>       Plaintiffs,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY and<br>UNITED STATES CITIZENSHIP<br>AND IMMIGRATION SERVICES,<br><br>       Defendants. | No. CV 20-5345-CMB (KSx)<br><br>**STIPULATION FOR DISMISSAL**<br><br>Hon. Consuelo B. Marshall<br>United States District Judge |

1    IT IS HEREBY STIPULATED AND AGREED by Plaintiff, YAYOMI KANAI,

2   and Defendants, UNITED STATES DEPARTMENT OF HOMELAND SECURITY and

3   UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, by and through

4   their respective attorneys, that the above-captioned action shall be dismissed without

5   prejudice. Each party shall bear its own attorney's fees, costs and expenses.

6   Dated: October 2, 2020             IMMIGRATION LAW OFFICE OF LOS
                                       ANGELES, P.C.
7
                                       ___*/s/ Michael E. Piston*___
8                                      MICHAEL E. PISTON
                                       Attorneys for Plaintiff
9

10

11  Dated: October 2, 2020             NICOLA T. HANNA
                                       United States Attorney
12                                     DAVID M. HARRIS
                                       Assistant United States Attorney
13                                     Chief, Civil Division
                                       JOANNE S. OSINOFF
14                                     Assistant United States Attorney
                                       Chief, General Civil Section
15

16                                     ___*/s/ Aaron Kollitz*___
                                       AARON KOLLITZ
17                                     Assistant United States Attorney
18                                     Attorneys for Defendants
                                       UNITED STATES DEPARTMENT OF
19                                     HOMELAND SECURITY and UNITED
                                       STATES CITIZENSHIP AND
20                                     IMMIGRATION SERVICES

21

22

23

24

25

26

27

28

1

1

## **ATTESTATION UNDER LOCAL RULE 5-4.3.4**

2        I, Aaron Kollitz, am the ECF User whose ID and password are being used to file

3  this Stipulation. In compliance with Local Rule 5-4.3.4(a)(2), I hereby attest that

4  Michael E. Piston has concurred in this filing.

5  Dated: October 2, 2020

6                                 /s/    *Aaron Kollitz*

7                                 Assistant United States Attorney