UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YAYOMI KANAI,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | No. CV 20-5345-CMB (KSx)<br><br>**ORDER OF DISMISSAL [JS-6]**<br><br>Hon. Consuelo B. Marshall<br>United States District Judge |

Upon consideration of the Parties' Stipulation for Dismissal, and good cause appearing, this Court dismisses this lawsuit without prejudice. Each party is ordered to bear its own attorneys' fees and costs.

Dated: October 8, 2020

_____

HONORABLE CONSUELO B. MARSHALL

UNITED STATES DISTRICT JUDGE

1